Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-241-085**

**Effective Date of Registration:**
February 01, 2021

**Registration Decision Date:**
March 12, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 31, 2020 to December 31, 2020

**Title** _____

| | |
|---|---|
| **Title of Group:** | Selected 2020 Photos TRZ Including 377 Eagle, 118 Bears Club and Others |
| **Number of Photographs in Group:** | 700 |
| • **Individual Photographs:** | 130 North Beach Road_043,130 North Beach Road_044,130 North Beach Road_045,130 North Beach Road_046,130 North Beach Road_047,130 North Beach Road_048,130 North Beach Road_049,130 North Beach Road_050,130 North Beach Road_051,207 Grand Pointe_022b,207 Grand Pointe_023a,207 Grand Pointe_024a,207 Grand Pointe_043a,207 Grand Pointe_044 copy,207 Grand Pointe_045 copy,207 Grand Pointe_080a,207 Grand Pointe_089a,207 Grand Pointe_091a,207 Grand Pointe_092a,207 Grand Pointe_093a,382 South Beach Rd_240,2700 N Ocean Dr Unit 806B_001,2700 N Ocean Dr Unit 806B_002,2700 N Ocean Dr Unit 806B_003,2700 N Ocean Dr Unit 806B_004,2700 N Ocean Dr Unit 806B_005,2700 N Ocean Dr Unit 806B_006,2700 N Ocean Dr Unit 806B_006a,2700 N Ocean Dr Unit 806B_006b,2700 N Ocean Dr Unit 806B_007,2700 N Ocean Dr Unit 806B_008,2700 N Ocean Dr Unit 806B_009,2700 N Ocean Dr Unit 806B_010,2700 N Ocean Dr Unit 806B_011,2700 N Ocean Dr Unit 806B_012,2700 N Ocean Dr Unit 806B_013,2700 N Ocean Dr Unit 806B_014,2700 N Ocean Dr Unit 806B_015,2700 N Ocean Dr Unit 806B_016,2700 N Ocean Dr Unit 806B_017,2700 N Ocean Dr Unit 806B_018,2700 N Ocean Dr Unit 806B_019,2700 N Ocean Dr Unit 806B_020,2700 N Ocean Dr Unit 806B_021,2700 N Ocean Dr Unit 806B_022,2700 N Ocean Dr Unit 806B_023,2700 N Ocean Dr Unit 806B_024,2700 N Ocean Dr Unit 806B_025,2700 N Ocean Dr Unit 806B_31,2700 N Ocean Dr Unit 806B_35,2700 N Ocean Dr Unit 806B_37,130 North Beach Road_042 |
| **Published:** | March 2020 |
| • **Individual Photographs:** | 130 North Beach Road_030,130 North Beach Road_031,130 North Beach Road_032,130 North Beach Road_033,130 North Beach Road_034,130 North Beach Road_035,130 North Beach Road_036,130 North Beach Road_038,130 North Beach Road_039,130 North Beach Road_040,130 North Beach Road_041,130 North Beach Road_001,130 North Beach Road_001a,130 North Beach Road_002,130 North Beach Road_002b,130 North Beach Road_002c,130 North Beach Road_003,130 North Beach Road_004,130 North Beach Road_005,130 North Beach Road_005a,130 North Beach |

Road_006,130 North Beach Road_006a,130 North Beach Road_007,130 North Beach Road_008,130 North Beach Road_009,130 North Beach Road_010,130 North Beach Road_011,130 North Beach Road_012,130 North Beach Road_012a,130 North Beach Road_013,130 North Beach Road_014,130 North Beach Road_015,130 North Beach Road_016,130 North Beach Road_017,130 North Beach Road_018,130 North Beach Road_019,130 North Beach Road_020,130 North Beach Road_021,130 North Beach Road_022,130 North Beach Road_023,130 North Beach Road_024,130 North Beach Road_025,130 North Beach Road_026,130 North Beach Road_027,130 North Beach Road_028,130 North Beach Road_029

**Published:** June 2020

- **Individual Photographs:** 377 Eagle Dr_084,377 Eagle Dr_085,377 Eagle Dr_086,377 Eagle Dr_087,377 Eagle Dr_088,377 Eagle Dr_089,377 Eagle Dr_090,377 Eagle Drive_019,377 Eagle Drive_070,377 Eagle Drive_081,377 Eagle Dr collage AAP 2020,377 Eagle Dr_001,377 Eagle Dr_002,377 Eagle Dr_003,377 Eagle Dr_004,377 Eagle Dr_005,377 Eagle Dr_006,377 Eagle Dr_007,377 Eagle Dr_008,377 Eagle Dr_009,377 Eagle Dr_010,377 Eagle Dr_011,377 Eagle Dr_012,377 Eagle Dr_013,377 Eagle Dr_014,377 Eagle Dr_015,377 Eagle Dr_016,377 Eagle Dr_017,377 Eagle Dr_018,377 Eagle Dr_019,377 Eagle Dr_019a,377 Eagle Dr_019b,377 Eagle Dr_020,377 Eagle Dr_020a copy,377 Eagle Dr_020a,377 Eagle Dr_021 copy,377 Eagle Dr_021,377 Eagle Dr_022 copy,377 Eagle Dr_022,377 Eagle Dr_023 copy,377 Eagle Dr_023,377 Eagle Dr_024,377 Eagle Dr_025,377 Eagle Dr_026,377 Eagle Dr_027,377 Eagle Dr_028,377 Eagle Dr_029,377 Eagle Dr_030,377 Eagle Dr_031,377 Eagle Dr_032,377 Eagle Dr_033,377 Eagle Dr_034,377 Eagle Dr_035,377 Eagle Dr_036,377 Eagle Dr_037,377 Eagle Dr_038,377 Eagle Dr_039,377 Eagle Dr_040,377 Eagle Dr_040a,377 Eagle Dr_040b,377 Eagle Dr_041,377 Eagle Dr_042,377 Eagle Dr_043,377 Eagle Dr_044,377 Eagle Dr_045,377 Eagle Dr_046,377 Eagle Dr_047,377 Eagle Dr_048,377 Eagle Dr_049,377 Eagle Dr_050,377 Eagle Dr_051,377 Eagle Dr_052,377 Eagle Dr_053,377 Eagle Dr_054,377 Eagle Dr_055,377 Eagle Dr_055a,377 Eagle Dr_056,377 Eagle Dr_057,377 Eagle Dr_058,377 Eagle Dr_059,377 Eagle Dr_060,377 Eagle Dr_061,377 Eagle Dr_062,377 Eagle Dr_063,377 Eagle Dr_064,377 Eagle Dr_065,377 Eagle Dr_066,377 Eagle Dr_066a,377 Eagle Dr_067,377 Eagle Dr_067a,377 Eagle Dr_067c,377 Eagle Dr_068,377 Eagle Dr_069,377 Eagle Dr_070,377 Eagle Dr_071,377 Eagle Dr_072,377 Eagle Dr_073,377 Eagle Dr_074,377 Eagle Dr_075,377 Eagle Dr_076,377 Eagle Dr_077,377 Eagle Dr_078,377 Eagle Dr_079,377 Eagle Dr_080,377 Eagle Dr_081,377 Eagle Dr_082,377 Eagle Dr_083

**Published:** July 2020

- **Individual Photographs:** 377 Eagle Dr_091,377 Eagle Dr_092,377 Eagle Dr_093,377 Eagle Dr_094a,377 Eagle Dr_096,377 Eagle Dr_097,377 Eagle Dr_098,377 Eagle Dr_099,377 Eagle Dr_100,377 Eagle Dr_102,377 Eagle Dr_103,377 Eagle Dr_104,377 Eagle Dr_105,377 Eagle Dr_105a,377 Eagle Dr_106,377 Eagle Dr_106a,377 Eagle Dr_107,377 Eagle Dr_108,377 Eagle Dr_109,377 Eagle Dr_110,377 Eagle Dr_111,377 Eagle Dr_112,377 Eagle Dr_113,377 Eagle Dr_114,377 Eagle Dr_115,377 Eagle Dr_116,377 Eagle Dr_117,377 Eagle Dr_117a,377 Eagle Dr_118,377 Eagle Dr_119,377 Eagle Dr_120,377 Eagle Dr_121,377 Eagle Dr_122,377 Eagle Dr_123,377 Eagle Dr_124,377 Eagle Dr_125,377 Eagle Dr_126,377 Eagle Dr_127,377 Eagle Dr_128,377 Eagle Dr_129,377 Eagle Dr_130,377 Eagle Dr_131,377 Eagle Dr_132,377 Eagle_104 copy,377 Eagle_105 copy,377 Eagle_105a copy,377 Eagle_106 copy,377 Eagle_106a copy,5050 N Ocean Dr AAP 2020

**Published:** August 2020



- **Individual Photographs:** 118 Bears Club Dr_011,118 Bears Club Dr_012,118 Bears Club Dr_013,118 Bears Club Dr_014,118 Bears Club Dr_015,118 Bears Club Dr_016,118 Bears Club Dr_017,118 Bears Club Dr_018,118 Bears Club Dr_019,118 Bears Club Dr_020,118 Bears Club Dr_021,118 Bears Club Dr_022,118 Bears Club Dr_023,118 Bears Club Dr_024,118 Bears Club Dr_025,118 Bears Club Dr_026,118 Bears Club Dr_027,118 Bears Club Dr_028,118 Bears Club Dr_029,118 Bears Club Dr_030,118 Bears Club Dr_030a,118 Bears Club Dr_030b,118 Bears Club Dr_030c,118 Bears Club Dr_031,118 Bears Club Dr_031a,
  **Published:** October 2020

- **Individual Photographs:** 127 Playa Rienta Way_001,127 Playa Rienta Way_002,127 Playa Rienta Way_004,127 Playa Rienta Way_005,127 Playa Rienta Way_005a,127 Playa Rienta Way_006,127 Playa Rienta Way_007,127 Playa Rienta Way_008,127 Playa Rienta Way_009,127 Playa Rienta Way_010,127 Playa Rienta Way_011,127 Playa Rienta Way_012,127 Playa Rienta Way_013,127 Playa Rienta Way_014,127 Playa Rienta Way_015,127 Playa Rienta Way_016,127 Playa Rienta Way_017,127 Playa Rienta Way_018,127 Playa Rienta Way_019,127 Playa Rienta Way_020,127 Playa Rienta Way_021,127 Playa Rienta Way_023,127 Playa Rienta Way_024,127 Playa Rienta Way_025,127 Playa Rienta Way_026,
  **Published:** October 2020

- **Individual Photographs:** 127 Playa Rienta Way_027,127 Playa Rienta Way_028,127 Playa Rienta Way_029,127 Playa Rienta Way_030,127 Playa Rienta Way_031,127 Playa Rienta Way_032,127 Playa Rienta Way_033,127 Playa Rienta Way_034,127 Playa Rienta Way_035,127 Playa Rienta Way_036,127 Playa Rienta Way_037,127 Playa Rienta Way_038,127 Playa Rienta Way_039,127 Playa Rienta Way_040,127 Playa Rienta Way_042,127 Playa Rienta Way_043,127 Playa Rienta Way_044,127 Playa Rienta Way_045,127 Playa Rienta Way_046,127 Playa Rienta Way_047,127 Playa Rienta Way_048,127 Playa Rienta Way_049,127 Playa Rienta Way_050,127 Playa Rienta Way_051,127 Playa Rienta Way_052,127 Playa Rienta Way_053,127 Playa Rienta Way_054,127 Playa Rienta Way_055,127 Playa Rienta Way_056,127 Playa Rienta Way_057,127 Playa Rienta Way_058,127 Playa Rienta Way_059,127 Playa Rienta Way_060,127 Playa Rienta Way_061,127 Playa Rienta Way_062,127 Playa Rienta Way_063,127 Playa Rienta Way_064,127 Playa Rienta Way_065,127 Playa Rienta Way_066,127 Playa Rienta Way_067,127 Playa Rienta Way_068,127 Playa Rienta Way_069,127 Playa Rienta Way_070,127 Playa Rienta Way_071,127 Playa Rienta Way_072,127 Playa Rienta Way_073,127 Playa Rienta Way_074,127 Playa Rienta Way_075,127 Playa Rienta Way_076,127 Playa Rienta Way_077,127 Playa Rienta Way_078,127 Playa Rienta Way_079,127 Playa Rienta Way_080,127 Playa Rienta Way_081,127 Playa Rienta Way_082,127 Playa Rienta Way_083,127 Playa Rienta Way_084,127 Playa Rienta Way_085,127 Playa Rienta Way_085a,127 Playa Rienta Way_086,127 Playa Rienta Way_087,127 Playa Rienta Way_088
  **Published:** October 2020

- **Individual Photographs:** 118 Bears Club Dr_004,118 Bears Club Dr_005,118 Bears Club Dr_006,118 Bears Club Dr_007,118 Bears Club Dr_008,118 Bears Club Dr_009,118 Bears Club Dr_010,118 Bears Club Dr_030d,118 Bears Club Dr_032,118 Bears Club Dr_033,118 Bears Club Dr_034,118 Bears Club Dr_035,118 Bears Club Dr_036,118 Bears Club Dr_037,118 Bears Club Dr_038,118 Bears Club Dr_039,118 Bears Club Dr_040,118 Bears Club Dr_041,118 Bears Club Dr_042,118 Bears Club Dr_043,118 Bears Club Dr_044,118 Bears Club Dr_045,118 Bears Club Dr_046,118 Bears Club Dr_047,118 Bears Club Dr_055,118 Bears Club Dr_056,118 Bears Club Dr_056a,118 Bears Club

|  |  |
|---|---|
|  | Dr_057,118 Bears Club Dr_058,118 Bears Club Dr_059,118 Bears Club Dr_060,118 Bears Club Dr_061,118 Bears Club Dr_062,118 Bears Club Dr_063,118 Bears Club Dr_064,118 Bears Club Dr_065,118 Bears Club Dr_066,118 Bears Club Dr_067,118 Bears Club Dr_068,118 Bears Club Dr_069,118 Bears Club Dr_070,118 Bears Club Dr_071,118 Bears Club Dr_072,118 Bears Club Dr_073,118 Bears Club Dr_074,118 Bears Club Dr_075,118 Bears Club Dr_076,118 Bears Club Dr_077,118 Bears Club Dr_078,118 Bears Club Dr_079,118 Bears Club Dr_080,118 Bears Club Dr_081,118 Bears Club Dr_082,118 Bears Club Dr_083,118 Bears Club Dr_084,118 Bears Club Dr_085,118 Bears Club Dr_086,118 Bears Club Dr_087,118 Bears Club Dr_088,118 Bears Club Dr_089,118 Bears Club Dr_090,118 Bears Club Dr_091,118 Bears Club Dr_092,118 Bears Club Dr_093,118 Bears Club Dr_094,118 Bears Club Dr_095,118 Bears Club Dr_096,118 Bears Club Dr_097,118 Bears Club Dr_098,118 Bears Club Dr_099,118 Bears Club Dr_100,118 Bears Club Dr_101,118 Bears Club Dr_102,118 Bears Club Dr_103,118 Bears Club Dr_104,118 Bears Club Dr_105,118 Bears Club Dr_106, |
| **Published:** | November 2020 |
| • **Individual Photographs:** | 118 Bears Club Dr_107,118 Bears Club Dr_108,118 Bears Club Dr_109,118 Bears Club Dr_110,118 Bears Club Dr_111,118 Bears Club Dr_112,118 Bears Club Dr_113,118 Bears Club Dr_114,118 Bears Club Dr_115,118 Bears Club Dr_117,118 Bears Club Dr_118,118 Bears Club Dr_119,118 Bears Club Dr_120,118 Bears Club Dr_121,118 Bears Club Dr_122,118 Bears Club Dr_123,118 Bears Club Dr_124,118 Bears Club Dr_125,118 Bears Club Dr_126,118 Bears Club Dr_127,118 Bears Club Dr_128,118 Bears Club Dr_001,118 Bears Club Dr_002,118 Bears Club Dr_003 |
| **Published:** | November 2020 |
| • **Individual Photographs:** | 100 Beachside Dr Apt301_008,100 Beachside Dr Apt301_009,100 Beachside Dr Apt301_010,100 Beachside Dr Apt301_011,100 Beachside Dr Apt301_012,100 Beachside Dr Apt301_013,100 Beachside Dr Apt301_014,100 Beachside Dr Apt301_015,100 Beachside Dr Apt301_016,100 Beachside Dr Apt301_018,100 Beachside Dr Apt301_019,100 Beachside Dr Apt301_020,100 Beachside Dr Apt301_021,100 Beachside Dr Apt301_022,100 Beachside Dr Apt301_023,100 Beachside Dr Apt301_024,100 Beachside Dr Apt301_025,100 Beachside Dr Apt301_026,100 Beachside Dr Apt301_027,100 Beachside Dr Apt301_028,100 Beachside Dr Apt301_028a,100 Beachside Dr Apt301_029,100 Beachside Dr Apt301_030,100 Beachside Dr Apt301_031,100 Beachside Drive a AAP 2020,100 Beachside Drive AAP 2020,100 Beachside Drive b AAP 2020,100 Beachside Drive c AAP 2020,100 Beachside Drive d AAP 2020,100 Beachside Drive e AAP 2020,100 Beachside Drive f AAP 2020,100 Beachside Drive g AAP 2020,100 Beachside Drive h AAP 2020 ,100 Beachside Drive i AAP 2020,231 E Lantana Rd 203 a,231 E Lantana Rd 203 b,231 E Lantana Rd 203 c,231 E Lantana Rd 203 d,231 E Lantana Rd 203 e,231 E Lantana Rd 203 f,231 E Lantana Rd 203 g,231 E Lantana Rd 203 h,Bay Hill Estates Playground  AAP 2020,Bay Hill Estates Sunset Tennis AAP 2020,Bay Hill Estates Tennis AAP 2020,100 Beachside Dr Apt301_001,100 Beachside Dr Apt301_002,100 Beachside Dr Apt301_003,100 Beachside Dr Apt301_004,100 Beachside Dr Apt301_005,100 Beachside Dr Apt301_006,100 Beachside Dr Apt301_007 |
| **Published:** | November 2020 |
| • **Individual Photographs:** | 382 South Beach Rd_171,382 South Beach Rd_172,382 South Beach Rd_173,382 South Beach Rd_175,382 South Beach Rd_177,382 South Beach Rd_178,382 South Beach Rd_191,382 South Beach Rd_191a,382 South Beach |



Rd_201,382 South Beach Rd_202,382 South Beach Rd_203,382 South Beach Rd_205,382 South Beach Rd_206,382 South Beach Rd_207,382 South Beach Rd_208,382 South Beach Rd_209,382 South Beach Rd_215,382 South Beach Rd_222,382 South Beach Rd_228,382 South Beach Rd_234,382 South Beach Rd_235,382 South Beach Rd_236,382 South Beach Rd_243,382 South Beach Rd_244,382 South Beach Rd_001,382 South Beach Rd_002,382 South Beach Rd_003,382 South Beach Rd_004,382 South Beach Rd_005,

**Published:** November 2020

- **Individual Photographs:** 382 South Beach Rd_006,382 South Beach Rd_007,382 South Beach Rd_008,382 South Beach Rd_009,382 South Beach Rd_010,382 South Beach Rd_011,382 South Beach Rd_012,382 South Beach Rd_013,382 South Beach Rd_013a,382 South Beach Rd_014,382 South Beach Rd_015,382 South Beach Rd_016,382 South Beach Rd_017,382 South Beach Rd_018,382 South Beach Rd_019,382 South Beach Rd_020,382 South Beach Rd_021,382 South Beach Rd_026,382 South Beach Rd_034,382 South Beach Rd_035a,382 South Beach Rd_043,382 South Beach Rd_044,382 South Beach Rd_045,382 South Beach Rd_047,382 South Beach Rd_049,382 South Beach Rd_054,382 South Beach Rd_076,382 South Beach Rd_077,382 South Beach Rd_079,382 South Beach Rd_080,382 South Beach Rd_081,382 South Beach Rd_082,382 South Beach Rd_083,382 South Beach Rd_084,382 South Beach Rd_085,382 South Beach Rd_086,382 South Beach Rd_087,382 South Beach Rd_088,382 South Beach Rd_089,382 South Beach Rd_090,382 South Beach Rd_094,382 South Beach Rd_096,382 South Beach Rd_097,382 South Beach Rd_110,382 South Beach Rd_112,382 South Beach Rd_115,382 South Beach Rd_116,382 South Beach Rd_117,382 South Beach Rd_120,382 South Beach Rd_130,382 South Beach Rd_132,382 South Beach Rd_134,382 South Beach Rd_139,382 South Beach Rd_150,382 South Beach Rd_160,382 South Beach Rd_161,382 South Beach Rd_163,382 South Beach Rd_164,382 South Beach Rd_165,382 South Beach Rd_166,382 South Beach Rd_167,382 South Beach Rd_168,382 South Beach Rd_169,382 South Beach Rd_170

**Published:** November 2020

- **Individual Photographs:** 265 S Beach Rd_Jupiter Island_004a,265 S Beach Rd_Jupiter Island_005,265 S Beach Rd_Jupiter Island_005a,265 S Beach Rd_Jupiter Island_005b,265 S Beach Rd_Jupiter Island_006,265 S Beach Rd_Jupiter Island_007,265 S Beach Rd_Jupiter Island_007a,265 S Beach Rd_Jupiter Island_009,265 S Beach Rd_Jupiter Island_010,265 S Beach Rd_Jupiter Island_011,265 S Beach Rd_Jupiter Island_012,265 S Beach Rd_Jupiter Island_014,265 S Beach Rd_Jupiter Island_024a,265 S Beach Rd_Jupiter Island_025,265 S Beach Rd_Jupiter Island_040,265 S Beach Rd_Jupiter Island_063a,265 S Beach Rd_Jupiter Island_063b,265 S Beach Rd_Jupiter Island_064a,265 S Beach Rd_Jupiter Island_065,265 S Beach Rd_Jupiter Island_066,265 S Beach Rd_Jupiter Island_067,265 S Beach Rd_Jupiter Island_068,265 S Beach Rd_Jupiter Island_072,265 S Beach Rd_Jupiter Island_073,265 S Beach Rd_Jupiter Island_074,265 S Beach Rd_Jupiter Island_075,265 S Beach Rd_Jupiter Island_076,265 S Beach Rd_Jupiter Island_077,265 S Beach Rd_Jupiter Island_079,265 S Beach Rd_Jupiter Island_081,265 S Beach Rd_Jupiter Island_083,265 S Beach Rd_Jupiter Island_084,265 S Beach Rd_Jupiter Island_084a,265 S Beach Rd_Jupiter Island_086,265 S Beach Rd_Jupiter Island_087,265 S Beach Rd_Jupiter Island_087a,265 S Beach Rd_Jupiter Island_088,265 S Beach Rd_Jupiter Island_088a,265 S Beach Rd_Jupiter Island_089,265 S Beach Rd_Jupiter Island_091,265 S Beach Rd_Jupiter Island_093,265 S Beach Rd_Jupiter Island_094,265 S Beach Rd_Jupiter Island_095,265 S Beach Rd_Jupiter Island_096,265 S Beach Rd_Jupiter Island_096a,265 S Beach Rd_Jupiter Island_097,265 S Beach Rd_Jupiter Island_097a,

|  |  |
|---|---|
| Published: | December 2020 |
| • Individual Photographs: | 350 Westwind Ct_001,350 Westwind Ct_002a,350 Westwind Ct_003,350 Westwind Ct_004,350 Westwind Ct_005,350 Westwind Ct_006,350 Westwind Ct_007,350 Westwind Ct_007a,350 Westwind Ct_008,350 Westwind Ct_008a,350 Westwind Ct_009a,350 Westwind Ct_010a,350 Westwind Ct_011,350 Westwind Ct_011a,350 Westwind Ct_012a,350 Westwind Ct_013,350 Westwind Ct_014,350 Westwind Ct_015,350 Westwind Ct_017,350 Westwind Ct_043,350 Westwind Ct_043a,350 Westwind Ct_044,350 Westwind Ct_044a,350 Westwind Ct_065,350 Westwind Ct_066,350 Westwind Ct_068,350 Westwind Ct_068a,350 Westwind Ct_069,350 Westwind Ct_069a,350 Westwind Ct_070a,350 Westwind Ct_070b,350 Westwind Ct_071,350 Westwind Ct_072,350 Westwind Ct_073,350 Westwind Ct_074,350 Westwind Ct_075,265 S Beach Rd_Jupiter Island_001,265 S Beach Rd_Jupiter Island_002,265 S Beach Rd_Jupiter Island_003,265 S Beach Rd_Jupiter Island_003a,265 S Beach Rd_Jupiter Island_004 |
| Published: | December 2020 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Earliest Publication Date in Group: | March 31, 2020 |
| Latest Publication Date in Group: | December 31, 2020 |
| Nation of First Publication: | United States |

## Author

| | |
|---|---|
| • Author: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | AFFORDABLE AERIAL PHOTOGRAPHY, INC. 1938 Grey Falcon Cir. SW, Vero Beach, FL, 32962, United States |

## Certification

| | |
|---|---|
| Name: | Robert Stevens |
| Date: | February 01, 2021 |

| | |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited |



circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.