# Exhibit "B"

Page 1
Jupiter Florida - Luxury Real Estate And Golf Courses
https://www.joshsteinrealtor.com/neighborhoods/jupiter/



## Jupiter, Florida
PALM BEACH LUXURY REAL ESTATE

Home  > Neighborhoods > Jupiter



Josh Stein
Global Luxury Realty
+1 (305) 695-8257
REQUEST INFO



Welcome to Jupiter, Florida – a tropical paradise located on the southeast coast of beautiful Florida. Jupiter is jam-packed with fun activities and incredible sights for all ages, from pristine Atlantic Ocean beaches to lush riverfront estuaries.

Plus, there's a wide array of real estate options, from cozy single-family homes to luxurious oceanfront properties – making it the perfect place for anyone looking to buy their dream home!

So, if you're ready to start the next chapter in your life surrounded by white sand beaches, sparkling waterscapes, and awe-inspiring wildlife, then join us as we explore all things Jupiter. From its rich culture and history to its famous attractions, you won't want miss out on this fantastic journey!

### Jupiter, Florida: An Exciting, Family-Friendly Community

Welcome to Jupiter, Florida – a tropical paradise located on the southeast coast of beautiful Florida. Jupiter is jam-packed with fun activities and incredible sights for all ages, from pristine Atlantic Ocean beaches to lush riverfront estuaries.

Plus, there's a wide array of real estate options, from cozy single-family homes to luxurious oceanfront properties – making it the perfect place for anyone looking to buy their dream home!

So, if you're ready to start the next chapter in your life surrounded by white sand beaches, sparkling waterscapes, and awe-inspiring wildlife, then join us as we explore all things Jupiter. From its rich culture and history to its famous attractions, you won't want miss out on this fantastic journey!

Jupiter, Florida: An Exciting, Family-friendly Community

From its beautiful beaches, nature preserves, golf courses, and marinas to the plethora of shopping, dining, and entertainment options nearby, Jupiter has something for everyone. Those who love nature will be delighted with the endless outdoor activities such as kayaking, eco-tours, and fishing charters in the area's rivers – or simply hiking through the many parks located throughout Jupiter.

The Jupiter Inlet Lighthouse is a famous landmark where visitors can enjoy a scenic view of Palm Beach County and the surrounding beach. Meanwhile, nearby attractions like Jupiter Beach Park, Busch Wildlife Sanctuary, Jonathan Dickinson State Park, Ocean Cay Park, and Dubois Park offer fun-filled days for those seeking an adventure.

For those who love to stay active, Jupiter offers fantastic recreational opportunities. One example is Riverbend Park which offers both horse trails and hiking trails. You can find golf courses, bike paths, volleyball courts, and fishing piers located throughout the Jupiter area – and even an aquarium or two! Loxahatchee River Battlefield Park is also nearby and offers a great opportunity to learn about the local history.

Finally, Jupiter is home to the highly respected Jupiter Medical Center and St. Mary's Medical Center, both of which provide excellent medical care for those living in the area or visiting from out of town. This makes it an wonderful location for raising a family – you won't have to worry about being too far from quality healthcare.

### Adventure Awaits Outside

For those who love the sunny outdoors, the weather here is impressive; with plenty of sun and warm temperatures, outdoor adventure awaits year-round. The locals are friendly and welcoming, and the communities all possess a unique atmosphere that makes them pleasant places to live.

Of course, nothing beats soaking up some sun on one of Jupiter's beautiful beaches: Juno Beach included. Whether you're looking to take a dip in the ocean, build sand castles with the kids, have a picnic at one of the many picnic pavilions, or relax and watch the waves roll in – there's something for everyone here!

After playing at the sandy beach, head to one of Jupiter's many charming restaurants, picnic tables, and eateries to enjoy some delicious local seafood or try out one of the many craft breweries that have opened up in recent years.

One of the many exciting places to visit is Blowing Rocks Preserve, a natural limestone formation along the shoreline of Jupiter Island. Here, visitors can experience the power of nature as waves crash against, and over, this unique rock formation – providing an up-close look at how natural erosion creates coastal landforms!

If sightseeing is your thing, then you're in luck with all of the incredible attractions and interactive exhibits scattered around town. Watch your favorite sports match or artist play at Roger Dean Chevrolet Stadium, also home to the Miami Marlins and the St. Louis Cardinals. And you want to visit the Loggerhead Marinelife Center and Loggerhead Park: a true national wildlife refuge famous for its sea turtle population.

The Jupiter Inlet is part of the Intracoastal Waterway and is home to a wide variety of watercraft, from recreational boats to fishing vessels. Whether you stay ashore or head out to some of the area's best fishing spots, there are plenty of opportunities to explore while enjoying the sun and sand. In addition to the great fishing spots, there are plenty of boat ramps near Jupiter Inlet where you can launch your own vessel.

Jupiter is also home to some fantastic shopping centers, including Harbourside Place, which features shops, restaurants, outdoor entertainment, and a great view of the Jupiter Lighthouse. Abacoa Town Center is a vibrant destination for nightlife, entertainment, and dining.

No matter what brings you to Jupiter, Florida, you'll find something that suits your needs and interests! Jupiter has everything for everyone, from its great culture and history to its incredible beaches and outdoor activities.

Captured by FireShot Pro: 09 March 2023, 15:02:13
https://getfireshot.com




## A Mix Of Mediterranean And Modern Real Estate

Jupiter also provides a diverse range of real estate options, from single-family homes to luxurious waterfront properties. The area is known for its Mediterranean-style architecture, but you'll also find modern style houses here. Whether you're looking for an affordable starter home or a lavish oceanfront mansion – Jupiter has plenty to offer!

Take Jupiter Hills Village as an example. This guarded community is just minutes from Downtown Jupiter and boasts some of the most luxurious homes in South Florida. Here, you'll find state-of-the-art amenities, breathtaking views, and easy access to restaurants, shopping outlets, beaches, and other attractions.

Condos like Ocean Club Jupiter Condominium also line the coast of Jupiter. From luxury high-rise towers with incredible views to quaint garden-style units, they offer a great way to live near the beach without breaking the bank.

## Jupiter, Florida: A Premier Location For Discerning Real Estate Purchasers In Search Of The Highest Quality

Jupiter is one of Florida residents' most sought-after cities: home to celebrities like Celine Dion, Tiger Woods, Michael Jordan, and Olivia Newton-John.

It boasts many exclusive communities across the area, offering a luxurious lifestyle for those seeking world-class amenities and services. From waterfront properties to golf course homes, these neighborhoods feature some of the finest locations in South Florida to buyers looking for an upscale living experience. The Average median home price here is $750K, also making it a desirable place for those looking to invest.

You'll want to consider Jupiter if you're looking for the perfect vacation or the ideal new home! So pack your bags, grab your sunscreen, and experience all that Jupiter has to offer. You won't be disappointed. Welcome to Jupiter, Florida – where adventure awaits!

## Interested In Getting Your Jupiter, Florida Life Started?

Explore Jupiter, Florida, and all its beauty, today! The high-quality real estate options, abundance of recreational activities, and the comfortable, family-friendly atmosphere make it an excellent choice for those looking to relocate or buy a home.

One of Palm Beach County's most experienced real estate agents, Josh Stein, has helped countless buyers and investors find their dream homes. He can help you too! Contact Josh Stein today to explore the wide selection of properties in Jupiter, FL, and find your perfect fit.

Give him a call or visit his website now!

MAP

### Interested in selling in Jupiter, Florida?
Learn more about selling your home in Jupiter with Josh Stein.

**I'M READY**

### Have questions? Need advice?

We're **experts in the South Florida Luxury Real Estate** market and are available to help you with anything you need. Whether you're interested in buying, renting or selling a home or condo, we're available to you 24/7.
Give us a call +1 (305) 695-8257 or email hello@joshsteinrealtor.com



**Josh Stein**
Global Luxury Realty
+1 (305) 695-8257

## Ask Josh a Question:

* First Name | Last Name
* Email | Phone
* Message

**SEND MESSAGE**

**JOSH STEIN REALTOR**

Global Luxury Realty, LLC
1688 Meridian Ave
Suite 700
Miami Beach, FL 33139

+1 (305) 695-8257
Email Us

**EXPLORE**

Search Miami Properties
$500K to $1 Million
$1 to $3 Million
$3 to $5 Million
$5 to $10 Million
$10 Million +
Sell
Aspen Colorado
Polanco CDMX

**NEIGHBORHOODS**

Bal Harbour
Brickell
Coral Gables
Fisher Island
Golden Beach
Miami Beach
South Beach
Sunny Isles Beach
Surfside

**PROPERTY TYPES**

Luxury Condos
New Construction
Penthouses
Waterfront Homes
Art Deco
Miami Condo Hotels
Lofts Miami
Mansions

**COMPANY**

Meet Josh
Reviews
Sold Properties
#Sustain Miami
Cryptocurrency
Miami News
Blog
Contact

We strive to provide a website in which all functionality and content are accessible to all individuals. Should you require assistance in navigating our website or searching for real estate, please contact our offices at +1 (305) 695-8257 | Accessibility | Sitemap

© Copyright 2023 Josh Stein Realtor, PA | All rights reserved. | +1 (305) 695-8257 | Terms and Conditions | Privacy

