# VERIFIED RETURN OF SERVICE

Job # 336955

**Client Info:**

COPYCAT LEGAL PLLC
DANIEL DeSOUZA, ESQUIRE
3111 N. University Drive, Suite 301
Coral Springs, FL  33065

**Case Info:**

| | |
|---|---|
| **PLAINTIFF(S):** | UNITED STATES DISTRICT COURT |
| AFFORDABLE AERIAL PHOTOGRAPHY, INC. | Court Division: MIDDLE DISTRICT OF FLORIDA |
|   -versus- | Court Case # **8:23-cv-01415-VMC-CPT** |
| **DEFENDANT(S):** | |
| JOSHUA STEIN, P.A. | |

**Service Info:**

**Date Received: 6/29/2023** at **03:41 PM**
**Service:** I Served **JOSHUA STEIN, P.A. c/o Joshua Stein (Registered Agent)**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A & B**
by leaving with **Jasmine Donaldson Ops Admin , EMPLOYEE-AUTHORIZED TO ACCEPT**

**At Business 1032 E BRANDON BLVD. PMB4532 BRANDON, FL 33511**
Latitude: **27.939194**,   Longitude: **-82.267711**

On **7/5/2023** at **01:56 PM**
**Manner of Service: PRIVATE MAIL BOX - EXECUTIVE / VIRTUAL OFFICE**
48.031(6) If the only address for a person to be served which is discoverable through public records is a private mailbox, a virtual office, or an executive office or mini suite, substitute service may be made by leaving a copy of the process with the person in charge of the private mailbox, virtual office, or executive office or mini suite, but only if the process server determines that the person to be served maintains a mailbox, a virtual office, or an executive office or mini suite at that location. 48.081(b) For purposes of this subsection, the term "virtual office" means an office that provides communications services, such as telephone or facsimile services, and address services without providing dedicated office space, and where all communications are routed through a common receptionist. The term "executive office or mini suite" means an office that provides communications services, such as telephone and facsimile services, a dedicated office space, and other supportive services, and where all communications are routed through a common receptionist.

**Served Description:  (Approx)**

Age: **27**, Sex: **Female**, Race: **Black**, Height: **5' 6"**, Weight: **130**, Hair: **Black** Glasses:  **No**

I **Ruby Thomas** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

**Ruby Thomas**
Lic # **CPS#08-752473**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **336955**


