UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 23-CV-1415-VMC/MRM

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

JOSHUA STEIN, P.A.,

    Defendant.

---

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT JOSHUA STEIN, P.A.

PLEASE TAKE NOTICE that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of Defendant, Joshua Stein, P.A., and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
Attorney for Defendant