**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 23-CV-1415-VMC/MRM**

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

JOSHUA STEIN, P.A.,

    Defendant.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND CONFER

Defendant, Joshua Stein, P.A., by and through its attorney, Griffin Klema, Esq., and pursuant to Fed. R. Civ. P. 6, moves for an extension of time to respond to plaintiff's complaint (Doc. No. 1) and reset the deadline for the parties to confer, according to the Court's order (Doc. No. 11).

On June 23, 2023, plaintiff commenced this action by filing its summons and complaint. (Doc. No. 1). Defendant was served on July 5, 2023. (Doc. No. 10). The deadline for defendant's response to the complaint is therefore July 26, 2023.[1]

---

[1] Although the Court entered an order stating the deadline was July 20, 2023 (Doc. No. 12), that appears to have been in error, possibly as a result of mis-identifying the date when the process server *received* the summons (June 29) versus the date when the original process was actually *served* on the defendant (July 5). See Doc. No. 10.

The undersigned was recently retained to represent defendant Joshua Stein, P.A. In order to properly analyze and review the allegations of the complaint and investigate the underlying facts, the undersigned requests brief extension of time, through and including August 16, 2023, to answer, move, or otherwise respond to the complaint.

Additionally, the court entered an order on July 5, 2023, requiring the parties to meet and confer on or before August 3, 2023, and to file a completed case management report by that date. (Doc. No. 11). Given the requested extension herein, defendants likewise request that the deadline for submitting the case management report be reset accordingly for a date after when defendant's response to the complaint is filed.

When an act may or must be done within a specified time, a court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1). The standard is a liberal one, and "an application for enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4b CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE, § 1165, at 552 (3d ed. 2002). A court may, in its discretion, order the period for responding to pleadings extended if a request is made, as here, before the expiration of the period originally prescribed.

Here, there is good cause for the requested extension and also resetting the deadline for the case management report. First, defense counsel was only recently retained. Second, the parties have not yet had an opportunity to explore possible settlement, and the undersigned expects there will be significant settlement discussions prior to an extended deadline for its response. Third, defendant does not seek this extension in bad faith or for the purpose of delay and no party will be prejudiced if the Court grants this extension. Fourth, plaintiff does not oppose the relief requested in this motion.

WHEREFORE, defendant Joshua Stein, P.A. requests the Court (i) grant this unopposed motion; (ii) extend the time for defendant to file a response to plaintiff's complaint to and including, August 16, 2023; and (iii) reset the deadline for the parties' case management report to August 30, 2023.

>  /s/ Griffin Klema
> Griffin C. Klema, Esq.
> Fla. Bar No. 100279
> Griffin@KlemaLaw.com
> **Klema Law, P.L.**
> PO Box 172381
> Tampa, FL 33672
> 420 W. Kennedy Boulevard
> Tampa, FL 33606
> Telephone: 202-713-5292
> *Attorney for Defendant*

### CERTIFICATE OF COUNSEL

Counsel for the movant certifies that he conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve

the issues raised in the motion and plaintiff Affordable Aerial Photography, Inc. does not oppose defendant's request.

>     /s/ Griffin Klema
> Griffin C. Klema, Esq.
> Fla. Bar No. 100279
> Griffin@KlemaLaw.com