UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 23-CV-1415-VMC/CPT

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

v.

JOSHUA STEIN, P.A.,

    Defendant.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties, by and through their counsel, and pursuant to Fed. R. Civ. P. 6, stipulate to a further extension of time for defendant to respond to plaintiff's complaint to and including September 16, 2023.

| | |
|---|---|
| /s/ Daniel DeSouza | /s/ Griffin Klema |
| Daniel DeSouza, Esq. | Griffin C. Klema, Esq. |
| **COPYCAT LEGAL, PLLC** | Fla. Bar No. 100279 |
| 3111 N. University Drive | Griffin@KlemaLaw.com |
| Suite 301 | **Klema Law, P.L.** |
| Coral Springs, FL 33065 | PO Box 172381 |
| Telephone: (877) 437-6228 | Tampa, FL 33672 |
| dan@copycatlegal.com | 420 W. Kennedy Boulevard |
| james@copycatlegal.com | Tampa, FL 33606 |
| meghan@copycatlegal.com | Telephone: 202-713-5292 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |