IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01415-VMC/CPT

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

 Plaintiff,

v.

JOSHUA STEIN, P.A.,

 Defendant.

**JOINT NOTICE OF SETTLEMENT**

 Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") and defendant Joshua Stein, P.A. ("Defendant"), being all parties that have entered an appearance in this case, hereby give notice that the parties have reached a settlement in principle. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 30 days.

Dated: September 11, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | KLEMA LAW, P.L.<br>PO Box 172381<br>Tampa, FL 33672<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Daniel DeSouza_____<br>  Daniel DeSouza, Esq. | By: __/s/ Griffin Klema_____<br>  Griffin Klema, Esq. |