IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-01415-VMC-CPT

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

JOSHUA STEIN, P.A.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Affordable Aerial Photography, Inc. and defendant Joshua Stein, P.A. (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by virtue of any pleading entered or filed in this proceeding, with prejudice, and with each party to bear their own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Dated:  November 2, 2023.

| | |
|---|---|
| **COPYCAT LEGAL PLLC**<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | **KLEMA LAW, P.L.**<br>PO Box 172381<br>Tampa, FL 33672<br>420 W. Kennedy Boulevard<br>Tampa, FL 33606<br>Telephone: 202-713-5292<br>Griffin@KlemaLaw.com |

<table>
<tr><td>

*Attorneys for Plaintiff*

By: /s/ Daniel DeSouza_____
    Daniel DeSouza, Esq.
    Fla. Bar No.: 19291

</td><td>

*Attorneys for Defendant*

By: /s/ __/s/ Griffin Klema_____
    Griffin C. Klema, Esq.
    Fla. Bar No. 100279

</td></tr>
</table>